United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC THOMAS CORPORATION,<br><br>Debtor<br><br>────────────<br><br>KYLE EVERETT, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL WHITNEY, et al.,<br><br>Defendants. | Case No. 19-cv-03348-MMC<br><br>Bankruptcy Court No. 14-54332 MEH<br>Adv. No. 14-05114<br><br>**ORDER DENYING APPELLANT WORSLEY'S ADMINISTRATIVE MOTION TO RELATE CASES** |

Before the Court is appellant Jill Worsley's ("Worsley") "Administrative Motion to Consider Whether Cases Should Be Related," filed August 16, 2019, whereby Worsley seeks an order finding, pursuant to Civil Local Rule 3-12(b), the above-titled bankruptcy appeal is related to another bankruptcy appeal, specifically, Everett v. Whitney, 19-cv-03385 MMC. Having read and considered the Administrative Motion, the Court rules as follows.

The purpose of the Rule 3-12 is to avoid the burden of "conduct[ing] before different Judges" two or more cases that "concern substantially the same parties, property, transaction or event." See Civil L.R. 3-12(a). Here, however, the instant case, specifically, 19-cv-3348 MMC, and the case Worsley seeks to relate, specifically, 19-cv-3385 MMC, already are pending before the undersigned. Consequently, Rule 3-12 is

inapplicable, and no other reason to order the two cases related is apparent.[1]

Accordingly, the Administrative Motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 22, 2019

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] An order relating the cases is not necessary to address Worsley's concern that the two appeals should be briefed "at the same time and on [the] same briefing schedule" (see Appellant's Mot. at 2:22); indeed, the two appeals have identical briefing schedules.