IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC THOMAS CORPORATION,<br><br>　　　　Debtor<br><br>―――――――――――――――<br>KYLE EVERETT, Chapter 11 Trustee,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL WHITNEY, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03348-MMC<br><br>Bankruptcy Court No. 14-54332 MEH<br>Adv. No. 14-05114<br><br>**ORDER ADVISING APPELLANT PVT IT MUST APPEAR THROUGH COUNSEL** |

　　　　On June 10, 2019, Pacific Trading Ventures, Ltd. ("PVT") and Jill Worsley ("Worsley"), two of the defendants in the above-titled adversary proceeding, filed a notice of appeal from a judgment entered May 28, 2019. The notice of appeal was filed on behalf of PVT and Worsley by C. Alex Naegele ("Naegele"), counsel who had appeared on their behalf in the bankruptcy court. Thereafter, on June 27, 2019, the Bankruptcy Court granted a motion allowing Naegele to withdraw as counsel for PVT and Worsley. (See Everett v. Whitney, United States Bankruptcy Court, Northern District of California, Adv. No. 14-05114). Subsequent thereto, PVT has not appeared through counsel.

　　　　Although an individual may appear in federal court without counsel, a corporation, or any other type of artificial entity, "may appear in the federal courts only through licensed counsel." See Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993).

Accordingly, PVT is hereby advised that, if counsel does not appear on PVT's behalf by October 17, 2019, the deadline to file principal briefs,[1] the Court will dismiss the instant appeal to the extent it is brought on behalf of PVT. See Zdun v. Henderson, 308 Fed. Appx. 215 (9th Cir. 2009) (dismissing appeal to extent it was brought on behalf of corporation that did not appear through counsel).

**IT IS SO ORDERED.**

Dated: August 23, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1] On August 22, 2019, the Court granted appellant Worsley's request to extend the deadline to file her principal brief to October 17, 2019. Said deadline also applies to PVT.